# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| ALESHA VANDERHYDE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12-cv-00420-JAJ-CFB |
| | ) | |
| v. | ) | Judge Jarvey |
| | ) | Magistrate Judge Bremer |
| HUNTINGTON PRINCIPAL GROUP, LLC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, ALESHA VANDERHYDE, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed without prejudice and without costs to any party.

    Respectfully submitted,
    **ALESHA VANDERHYDE**

By:    s/ William P. Petsche
       Attorney for Plaintiff

Dated: December 21, 2012

William P. Petsche  (AT0011240)
SMITHMARCO, P.C.
205 N. Michigan Ave., Suite 2940
Chicago, IL 60601
Direct Dial:  (515) 418-9321

Facsimile: (888) 418-1277
E-Mail: wpetsche@smithmarco.com